IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | ) | **BANKRUPCTY CASE** |
| | ) | **NO. 20-41602-drd-13** |
| **JAMESHIA SHA-LIN REECE** | ) | |
| | ) | **ADVERSARY CASE NO.** |
| **Debtor(s)** | ) | |
| | ) | |
| | ) | |
| **RICHARD V. FINK, STANDING** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **1930 W. RIO SALADO PKWY** | ) | |
| **TEMPE, AZ 85281** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **PO BOX 29018** | ) | |
| **PHOENIX, AZ 85038** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **PO BOX 29002** | ) | |
| **PHOENIX, AZ 85038** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **c/o CSC-LAWYERS INCORPORATING** | ) | |
| **SERVICE COMPANY** | ) | |
| **221 BOLIVAR ST.** | ) | |
| **JEFFERSON CITY, MO 65101** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

**COMPLAINT TO AVOID AN UNPERFECTED INTEREST IN PERSONAL PROPERTY**

COMES NOW, Plaintiff, Richard V. Fink, the Standing Chapter 13 Trustee for the Western District of Missouri ("Plaintiff") by and through his counsel, and for his Complaint to Avoid an Unperfected Interest in Personal Property against Carvana LLC ("Defendant") states as follows:

1) Richard V. Fink is the duly qualified and acting trustee in the above referenced case.

2) This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§1334 and 157.

3) This is a statutorily and constitutionally core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue properly lies in this judicial district pursuant to 28 U.S.C. §1409(a), in that the instant adversary proceeding is related to the above-captioned case under title 11 of the United Sates which is still pending.

4) Plaintiff brings this proceeding to avoid an unperfected interest in personal property pursuant to 11 U.S.C. §544.

5) On September 8, 2020, Jameshia Sha-Lin Reece ("Debtor") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

6) Debtor is an individual who resides at 705 NE Darwin Street, Lee's Summit, Missouri.

7) Defendant is the entity that financed Debtor's purchase of a 2014 GMC Acadia.

8) Defendant filed claim 7 on November 10, 2020 in the amount of $21,905.60. The claim is listed as secured by a 2014 GMC Acadia with VIN 1GKKRSKD2EJ136985. Pursuant to the proof of claim, the noticing address is Carvana, LLC PO Box 29018, Phoenix, AZ 86038.

9) On or around June 12, 2020, Debtor purchased a 2014 GMC Acadia with VIN 1GKKRSKD2EJ136985 ("Vehicle").

10) According to information obtained from the Missouri Department of Revenue, no title has been issued regarding the Vehicle.

11) According to information obtained from the Missouri Department of Revenue, Defendant has not filed a Notice of Lien regarding the Vehicle.

12) As of the petition filing date of September 8, 2020, Defendant's security interest in the Vehicle was not perfected and remains unperfected.

13) As Defendant's security interest was not perfected as of the petition date in accordance with applicable law, it is not enforceable against third parties, including the Trustee, pursuant to 11 U.S.C. §544.

14) The Trustee may avoid the unperfected security interest held by Defendant.

WHEREFORE Plaintiff prays for judgment as follows:

1) An order avoiding the aforesaid unperfected security interest; and

2) An order allowing the trustee to treat Defendant's claim 7 as a non-priority unsecured claim; and

3) An order preserving the property for the benefit of the bankruptcy estate as provided in 11 U.S.C. §550 and/or §551.

    4) For such other and further relief as the Court may deem just and proper.

                                                                    Respectfully submitted,

                                                                    */s/ Dana M. Estes*
                                                                    Dana M. Estes, #47540
                                                                    Office of the Chapter 13 Trustee for the
                                                                    Western District of Missouri
                                                                    Richard V. Fink, Trustee
                                                                    2345 Grand Blvd., Ste. 1200
Dated: December 15, 2020                      Kansas City, Mo. 64108-2663