2jgmtwoh (5/19)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jameshia Sha–Lin Reece – BELOW MED – *Debtor*

*Bankruptcy Case No.*
20–41602–drd13

**Richard V Fink**
  Plaintiff(s)

*Adversary Case No.*
20–04068–drd

v.

**Carvana LLC**
  Defendant(s)

# JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: 1) Carvanas lien on the 2014 GMC Acadia with VIN 1GKKRSKD2EJ136985 is avoided
pursuant to 11 U.S.C. §544 and the property is preserved for the benefit of the
bankruptcy estate pursuant to 11 U.S.C. §550 and §551.
2) For the purposes of Debtors Chapter 13 case, Carvanas claim 7 shall be treated by the
Trustee as a non−priority unsecured claim.
3) Upon successful completion of a Chapter 13 plan by Debtor, Carvana will execute and
deliver to Debtor a release of lien. If the Debtor converts her case to a Chapter 7 case,
Carvana shall release its lien to the Chapter 7 Trustee.
4) In the event that Debtors Chapter 13 bankruptcy case is dismissed, Carvanas security
interest shall, as provided in 11 U.S.C. §349(b), remain unaffected by the bankruptcy or
this Order. Any payments made to Carvana during the pendency of the bankruptcy
shall be applied to any debt owed by the Debtor to Carvana, in accordance with the prepetition
agreement between Carvana and the Debtor and applicable law.



By: /s/ Dennis R. Dow
    United States Bankruptcy Judge

Date of issuance: 1/29/21

Court to serve